638

April 30, 1984.

474 A.2d 697

Commonwealth v. Kelly, Appellant.

Submitted April 10, 1984. John H. Corbett, Jr., Public Defender, for appellant; Melinda G. Tell, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Judgment of sentence as to restitution is vacated. In all other respects, the judgment of sentence is affirmed. Case remanded for further proceedings not inconsistent with this opinion.

Jurisdiction is not retained.